UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-9-15
```

ISAAC PAVIA BRAVO, *individually and on behalf of all others similarly situated*,

                                    Plaintiffs,

-v-

57TH RESTAURANT ASSOCIATES LLC, *d/b/a* RUE 57,

                                    Defendant.

No. 14-cv-8492 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Now before the Court is the parties' motion for final approval of the settlement of this action (the "Settlement"). For the reasons stated on the record at the fairness hearing held on April 9, 2015, the Court finds that the Settlement is fair and reasonable. Accordingly, IT IS HEREBY ORDERED THAT the Court grants final approval of the Settlement as described in the Settlement Agreement and General Release. The Court further finds that Plaintiffs' counsel's request for attorneys' fees and litigation costs and expenses in this action is fair and reasonable. Accordingly, IT IS FURTHER ORDERED THAT Plaintiffs' counsel are hereby awarded attorneys' fees and costs as set forth in the Settlement. The Court shall retain exclusive and continuing jurisdiction over this action for the purposes of supervising the implementation, enforcement, construction, administration, and interpretation of the Settlement Agreement and General Release.

SO ORDERED.

Dated:    April 9, 2015
          New York, New York

                                                       _____
                                                       RICHARD J. SULLIVAN
                                                       UNITED STATES DISTRICT JUDGE